OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 8, 2025

Patrick J. Bannon, Esq.
Charlie Carrillo, Esq.
Gerard T. Donahue, Esq.
Caroline McGuire, Esq.

RE: Luis Cordin Linarez v. Attorney General United States of America, et al
Case Number: 24-3068
District Court Case Number: 3:24-cv-00488

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Tuesday, October 28, 2025** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **CHAGARES, Chief Judge, BOVE and SCIRICA, Circuit Judges**

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932